# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

CLAUDE HENTON JURCHIN, )
)
    Plaintiff, )
)
v. ) No. 4:11-CV-1158 MLM
)
ACT OF CONCERT CONSPIRACY, et al., )
)
    Defendants. )

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion for review of plaintiff's complaint for subject matter jurisdiction. Having reviewed the complaint, the Court finds that subject matter jurisdiction is lacking. As a result, the Court will summarily dismiss this action.

The complaint, which is mostly incomprehensible and vulgar, seeks review of state traffic court proceedings. Plaintiff has not alleged a basis for this Court's jurisdiction, but the Court will construe this action as coming under 42 U.S.C. § 1983 for alleged violations of plaintiff's constitutional rights. Named as defendants are Act of Concert Conspiracy, Bureaucracy Five Parte Districts, University City, St. Louis County, Missouri Driver Revenue, City of Creve Coeur, and City of Overland.

### Discussion

Rule 12(h)(3) of the Federal Rules of Civil Procedure states: "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."

This Court does not have subject matter jurisdiction "over challenges to state court decisions in particular cases arising out of judicial proceedings even if those challenges allege that the state court's action was unconstitutional. Review of those decisions may be had only in [the United States

Supreme Court]." District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 486 (1983). In consequence, this action will be dismissed for lack of subject matter jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED**.

An Order of Dismissal will be filed with this Memorandum and Order.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 14th day of July, 2011.